UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Sharon Higgs-Diggs**

Social Security No.: xxx-xx-7735
Address: 11 Alexis Court, Durham, NC 27703-

Debtor

Case No.  15-80767
Chapter   13

**RESPONSE TO MOTION**

The Debtor, by and through the attorney undersigned, hereby responds to the motion to allow Alexander Crossing HOA, Inc. a secured claim filed by the Chapter 13 Trustee, and dated 10/9/15, as follows:

The Debtor respectfully requests that this matter be set for hearing.  The Debtor has filed an objection to the proof of claim filed by Alexander Crossing HOA, Inc., objecting to the secured status of the claim.

WHEREFORE, the Debtor prays the Court set this matter for hearing and grant such other relief as to the Court may seem just and proper.

Dated: November 4, 2015

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

 /s Edward Boltz

 Edward Boltz
N.C. State Bar No. 23003
1738-D Hillandale Road
Durham, NC 27705
Telephone: (919) 286-1695
Fax: (919) 286-2704
Email: eboltz@johnorcutt.com

CERTIFICATE OF SERVICE

I, Erica NeSmith, of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; that on November 4, 2015, I served copies of the foregoing Response to Motion electronically or, when unavailable, by regular U.S. mail, upon the following parties (names and addresses):

Sharon Higgs-Diggs
11 Alexis Court
Durham, NC  27703-

Richard M. Hutson, II
Chapter 13 Trustee
P.O. Box 3613
Durham, N.C. 27702-3613

ALEXANDER CROSSING HOA, INC.
**Attn: Managing Agent**
C/O F. Todd Whitlow
Brownlee Law Firm, PLLC
4020 Westchase Blvd., Ste. 530
Raleigh, NC 27607-

ALEXANDER CROSSING HOA, INC.
**Attn: Managing Agent**
1500 Sunday Dr., Ste. 113
Raleigh, NC 27607-

ALEXANDER CROSSING HOA, INC.
**Attn: Registered Agent Edward J. Bedford**
5915 Farrington Rd., Ste. 104
Chapel Hill, NC 27517

/s Erica NeSmith
Erica NeSmith