**SO ORDERED.**

**SIGNED this 11th day of January, 2016.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

In Re:
**Sharon Higgs-Diggs**

Case No.  15-80767
Chapter   13

Social Security No. xxx-xx-7735
Address: 11 Alexis Court, Durham, NC 27703-

Debtor

### ORDER SUSTAINING OBJECTION TO CLAIM

**THE MATTER** of the Objection to Claim, filed by the Debtors and dated November 4, 2015, objecting to the proof of claim filed in this case by Alexander Crossing HOA and dated September 25, 2015, having come before this Court, and upon due consideration thereof,

**THIS COURT FINDS:**

That a copy of the Objection to Claim, brought pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007, was duly served on the said creditor, the Chapter 13 Trustee and all other parties in interest, that the last day to file a response was December 7, 2015, and that no response has been filed thereto,

**NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the objection be and hereby is sustained, and the claim of Alexander Crossing HOA is deemed a general unsecured claim.

**END OF DOCUMENT**

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re:
**Sharon Higgs-Diggs**

Case No.  15-80767
Chapter   13

Social Security No. xxx-xx-7735
Address: 11 Alexis Court, Durham, NC 27703-

Debtor

## SERVICE LIST FOR ORDER GRANTING OBJECTION TO CLAIM

ALEXANDER CROSSING HOA, INC.
**Attn: Managing Agent**
C/O F. Todd Whitlow
Brownlee Law Firm, PLLC
4020 Westchase Blvd., Ste. 530
Raleigh, NC 27607-

ALEXANDER CROSSING HOA, INC.
**Attn: Managing Agent**
1500 Sunday Dr., Ste. 113
Raleigh, NC 27607-

ALEXANDER CROSSING HOA, INC.
**Attn: Registered Agent Edward J. Bedford**
5915 Farrington Rd., Ste. 104
Chapel Hill, NC 27517

William P. Miller
U.S. Bankruptcy Administrator

Richard M. Hutson, II
Chapter 13 Trustee